# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MARIA CASTELLON,            :
                                     :

     **Plaintiff,**              :
                                       :

         **v.**                   :           **Civil Action No. 18-12186**
                                       :

**MORRIS FARMERS MARKET, LLC,**   :
                                       :

     **Defendant.**             :

## NOTICE OF MOTION AND
## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiff, Maria Castellon ("Plaintiff") and Defendant, Morris Farmers Market, LLC

("Defendant") (collectively referred to as the "Parties"), move this Court to grant their Joint

Motion for Approval of Settlement pursuant to the Fair Labor Standards Act ("FLSA"), 29

U.S.C. § 201, *et seq.* The Parties base their motion upon this notice of motion and motion, the

attached memorandum of law, the attached declaration of counsel for Plaintiff, and the records

and pleadings in this action.

Dated: June 17, 2019                    RESPECTFULLY SUBMITTED:

LAW OFFICES OF ERIC A. SHORE, P.C.      LAW OFFICES OF DIANE H. LEE


*/s/ Scott K. Johnson*                        */s/ Diane H. Lee*
Scott Johnson, Esq.                          Diane H. Lee, Esq.
Graham F. Baird, Esq.                   158 Linwood Plaza, Suite 308-10
Two Penn Center, Suite 1240          Fort Lee, NJ 07024
1500 John F. Kennedy Blvd.            Tel: (201) 363-0101
Philadelphia, PA 19102                dlee@dhllaw.com
Tel: (267) 546-0124                     *Attorneys for Defendant*
scottj@ericshore.com
graham@ericshore.com
*Attorneys for Plaintiff*